JEFFREY A. DICKERSON
NEVADA Bar No. 2690
9585 Prototype Ct., Suite A
Reno, NV 89521
(775) 786-6664
(775) 786-7466-Facsimile

JULIE CAVANAUGH-BILL
Nevada Bar No. 11533
CAVANAUGH-BILL LAW OFFICES, LLC.
Henderson Bank Building
401 Railroad Street, Suite 307
Elko, NV 89801
(775) 753-4357
(775) 753-4360-Facsimile

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| **CASSANDRA SABO,** | **CASE NO: 3:13-CV-0207-RCJ-WGC** |
| Plaintiff, | <u>**NOTICE OF DISASSOCIATION OF COUNSEL**</u> |
| vs. | |
| **CITY OF ELKO, a municipal corporation and political subdivision of the State of Nevada; MATTHEW LOCUSON, an individual; DON ZUMWALT, an individual; TYLER TROUTEN, an individual; and WILLIAM LEHMANN, an individual.** | |
| Defendants. | |

TO:    The Clerk of the above-entitled court, and to all parties and their attorneys of record:

NOTICE IS HEREBY GIVEN that attorney JOHN NEIL STEPHENSON, Associate Attorney is no longer associated with the Cavanaugh-Bill Law Offices, LLC. Therefore the Cavanaugh Bill Law Offices respectfully requests the removal of attorney JOHN NEIL STEPHENSON'S name from the list of attorneys associated with this case, service of

1

1 | pleadings, notices, orders and other documents on the Court's official roster and counsel's
2 | proofs of service.
3 |     DATED: July 18, 2013

Respectfully submitted by,

**CAVANAUGH-BILL LAW OFFICES, LLC**
*/s/ Julie Cavanaugh Bill*
_____
JULIE CAVANAUGH-BILL
Nevada Bar No. 11533
401 Railroad Street, Suite 307
Elko, Nevada 89801

12 | IT IS SO ORDERED.

14 | DATED: July 19, 2013.

_____
UNITED STATES MAGISTRATE JUDGE