## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| CASSANDRA SABO, | ) | 3:13-cv-00207-RCJ-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | April 18, 2014 |
| CITY OF ELKO, et al., | ) | |
| Defendants | ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):   NONE APPEARING

COUNSEL FOR DEFENDANT(S):   NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Defendants' Request for Exemption to Attendance Requirements for Settlement Conference. (Doc. # 26.) Defendants seek an exemption for the individually named Defendant police officers from the attendance requirements at the settlement conference scheduled for April 30, 2014.

Defendant's request (Doc. # 26) is **GRANTED** and the individually named Defendant Officers Matthew Locuson, Don Zumwalt, Tyler Trouten and William Lehmann are excused from personally attending the settlement conference.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
Deputy Clerk