JULIE CAVANAUGH-BILL
Nevada Bar No. 11533
CAVANAUGH-BILL LAW OFFICES, LLC.
Henderson Bank Building
401 Railroad Street, Suite 307
Elko, NV 89801
(775) 753-4357
(775) 753-4360-Facsimile

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CASSANDRA SABO,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF ELKO, a municipal corporation and political subdivision of the State of Nevada; MATTHEW LOCUSON, an individual; DON ZUMWALT, an individual; TYLER TROUTEN, an individual; and WILLIAM LEHMANN, an individual.<br><br>    Defendants.<br>_____/ | CASE NO. 3:13-CV-0207-RCJ-WGC<br><br>STIPULATION AND<br>ORDER OF DISMISSAL |

COME NOW, Plaintiff, CASSANDRA SABO and Defendants CITY OF ELKO, MATTHEW LOCUSON, DON ZUMWALT, TYLER TROUTEN and WILLIAM FEHMANN, by and through their respective counsel, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate that the above-entitled matter be dismissed with prejudice in its entirety, with each party to bear their own attorney's fees and costs.

DATED this 6th day of June, 2014.

CAVANAUGH-BILL LAW LLC         MARQUIS AURBAGH COFFING


/S/ Julie Cavanaugh-Bill              /S/ Brian R. Hardy
JULIE CAVANAUGH-BILL              CRAIG R. ANDERSON
                                  BRIAN R. HARDY

1

ORDER

IT IS SO ORDERED this 9th day of June, 2014.

_____
UNITED STATES DISTRICT JUDGE